PARFUMS D'ORSAY (INC.) *v.* UNITED STATES (No. 2236).[1]

COURT OF CUSTOMS APPEALS, JURISDICTION—SECTION 489, TARIFF ACT OF 1922. Following Brown & Co. et al. *v.* United States (12 Ct. Cust. Appls. 93; T. D. 40026), decided concurrently herewith, this court has jurisdiction to decide whether or not section 489, tariff act of 1922, granting the right to petition the Board of United States General Appraisers for remission of additional duties applies to entries made during the life of the act of 1913, and decides that it does not.

United States Court of Customs Appeals, February 9, 1924.

APPEAL from Board of United States General Appraisers, G. A. 8591 (T. D. 39381).

[Affirmed.]

*Walter F. Welch* for appellant.
*William W. Hoppin,* Assistant Attorney General (*Abraham Goodman,* special attorney, of counsel), for the United States.
*Thomas J. Doherty,* amicus curiæ.

[Oral argument October 23, 1923, by Mr. Hoppin.]

Before MARTIN, Presiding Judge, and SMITH, BARBER, and BLAND, Associate Judges; HATFIELD, Associate Judge, participating in the decision by agreement of counsel.

BLAND, Judge, delivered the opinion of the court:

The importer, petitioner herein, entered on December 1, 1920, at the New York customhouse, certain perfumes made in Paris. The final appraised value, which was ascertained on June 22, 1922, exceeded the entered values sufficiently to require a levying of additional duties. The importer, on October 2, 1922, filed with the Board of General Appraisers its petition for remission of additional duties under section 489 of the tariff act of 1922. The entry had not been liquidated. The board denied the application of the petitioner and dismissed the petition. Upon the authority of Wm. A. Brown & Co. et al. *v.* United States (12 Ct. Cust. Appls. 93; T. D. 40026), decided concurrently herewith, the motion of the Government to dismiss is overruled and the judgment of the Board of General Appraisers is hereby *affirmed.*

---

[1] T. D. 40028.